

## NUMBER 13-11-00114-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE REIDIE JACKSON

### On Petition for Writ of Mandamus

## MEMORANDUM OPINION

### Before Justices Garza, Vela and Perkes
### Memorandum Opinion Per Curiam

Relator, Reidie Jackson, has filed a petition for writ of mandamus alleging that the Honorable Ben Hardin, presiding judge of the 23rd Judicial District Court of Matagorda County, Texas, abused his discretion by rendering an order on January 12, 2001, dismissing relator's suit against the State of Texas for want of jurisdiction.

Having reviewed and fully considered relator's petition, this Court is of the opinion that relator has not shown himself entitled to the relief requested and that the petition should be denied. Accordingly, relator's petition for writ of mandamus is DENIED.

PER CURIAM

Delivered and filed the
3rd day of March, 2011.